UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ERIN MCGINTY,

                             Plaintiff,      :

vs.                                      :

THE MALVERN SCHOOL OF     :
WASHINGTON, INC. AND
THE MALVERN SCHOOL           :

                     Defendants.     :

**JUDGMENT**

Civil # 10-2251 (JHR-AMD)

-------------------------------------------------------------------------

It appearing that Defendants The Malvern School of Washington, Inc. and the Malvern School have made an offer of judgment to Plaintiff Erin McGinty; and

It further appearing that Plaintiff has accepted Defendants' offer,

IT IS THEREFORE ORDERED on this 7th day of February, 2011 that judgment be entered in favor of Plaintiff and against Defendants in the sum of $ 21,001.00 plus allowable costs accrued to date and reasonable and necessary attorneys' fees incurred for the pursuit of her claim as will be determined by the Court.

WILLIAM T. WALSH, CLERK

By:    David Bruey
        Deputy Clerk

Joseph H. Rodriguez
Senior United States District Judge